502

The People of the State of New York, Respondent, v. Harry Van Arsdale and Another, Appellants.

Motion granted. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Finch, P. J., and Merrell, J., dissent and vote to deny the motion. Dissenting opinion by Finch, P. J.

Finch, P. J. (dissenting). I am unable to concur in the resettlement of the order for the reason that my vote upon the reversal of the judgment of conviction was for errors of law duly excepted to occurring upon the trial. Were it not for the errors of law, I would have voted for affirmance, as the verdict of the jury in my opinion is not against the weight of the evidence.